# **EXHIBIT A**

"Hi, this call is for David Black. This is Gabe Hoffman, please return my call to the Oxford Law Firm at 1-877-543-6151. This call is most (unintelligible)."